UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KHRYSTEN GREGOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01843-RLY-TAB |
| NCB MANAGEMENT SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER DISMISSING CASE**

Plaintiff has moved to voluntarily dismiss this action and no party as objected. For that reason, the court finds the proposed terms to be just. *See* Fed. R. Civ. P. 41(a)(2). This action is **DISMISSED**. Final judgment shall follow by separate order.

**IT IS SO ORDERED** this 28th day of December 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.