UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KHRYSTEN GREGOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01843-RLY-TAB |
| ) | |
| NCB MANAGEMENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Today, the court dismissed the action on a motion by the plaintiff. The court now enters final judgment.

**IT IS SO ORDERED** this 28th day of December 2023.

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.